# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00351-CV

**T. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 433RD DISTRICT COURT OF COMAL COUNTY, NO. C2013-0254D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant T. J. filed her notice of appeal on May 31, 2014. The appellate record was complete June 16, 2014, making appellant's brief due July 7, 2014. On June 13, 2014, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than July 28, 2014. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on June 19, 2014.

Before Justices Puryear, Goodwin and Field